NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

ARACOMA COAL COMPANY, BANDMILL COAL
CORPORATION, SPARTAN MINING COMPANY,
STIRRAT COAL COMPANY, BLACK STALLION
COAL COMPANY, LLC, COYOTE COAL COMPANY,
LLC, DODGE HILL MINING COMPANY, LLC,
HIGHLAND MINING COMPANY, LLC, KANAWHA
EAGLE COAL, LLC, PANTHER, LLC, JUPITER
HOLDINGS, LLC, REMINGTON, LLC, WILDCAT,
LLC, CONSOL ENERGY, INC., CONSOLIDATION
COAL COMPANY, CONSOL OF PENNSYLVANIA
COAL COMPANY, CONSOL OF KENTUCKY INC.,
EIGHTY FOUR MINING COMPANY, HELVETIA
COAL COMPANY, ISLAND CREEK COAL
COMPANY, KENT COAL MINING COMPANY,
LAUREL RUN MINING COMPANY, NINEVAH
COAL COMPANY, EAGLE ENERGY, INC., ELK RUN
COAL COMPANY, INC., GOALS COAL COMPANY,
GREEN VALLEY COAL COMPANY,
INDEPENDENCE COAL COMPANY, INC., KNOX
CREEK COAL CORPORATION, MARKFORK COAL
COMPANY, INC., MARTIN COUNTY COAL
CORPORATION, PEERLESS EAGLE COAL
COMPANY, PERFORMANCE COAL COMPANY,
RAWL SALES & PROCESSING, CO., SIDNEY COAL
COMPANY, INC., STONE MINING COMPANY,
APOGEE COAL, COVENANT COAL CORP.,
JIM WALTER RESOURCES, INC., ALEX ENERGY,
INC., DELBARTON MINING COMPANY, COLONY

BAY COAL COMPANY, LOGAN FORK COAL
COMPANY, PINE RIDGE COAL COMPANY,
RIVERS EDGE MINING, INC., ANDALEX
RESOURCES, INC., ARCH WESTERN RESOURCES,
LLC, CANYON FUEL COMPANY, LLC, CATENARY
COAL COMPANY N/K/A CATENARY COAL
COMPANY, LLC, CLINTWOOD ELKHORN MINING
COMPANY, COAL-MAC, INC., COASTAL COAL
COMPANY, LLC N/K/A ENTERPRISE MINING
COMPANY, LLC, COASTAL COAL-WEST VIRGINIA,
LLC N/K/A BROOKS RUN MINING COMPANY, LLC,
DAL-TEX COAL CORPORATION, EASTERN
ASSOCIATED COAL CORPORATION N/K/A
EASTERN ASSOCIATED COAL, LLC, EVERGREEN
MINING COMPANY, GATLIFF COAL COMPANY,
GENWAL RESOURCES, INC., GLAMORGAN COAL
COMPANY, LLC, HOBET MINING, INC., N/K/A
HOBET MINING, LLC, KEYSTONE COAL MINING
CORPORATION, KINGSTON RESOURCES, INC.,
MCELROY COAL COMPANY, MINGO LOGAN
COAL CO., MOUNTAINEER COAL DEVELOPMENT
COMPANY, NICHOLAS-CLAY COMPANY, LLC,
N/K/A AMVEST WEST VIRGINIA COAL, LLC,
NICHOLAS-CLAY LAND & MINERAL, INC., OLD
BEN COAL COMPANY, PACIFIC COAST COAL
COMPANY, PAYNTER BRANCH MINING, INC.,
PERRY COUNTY COAL CORPORATION, PIONEER
FUEL CORPORATION, PLATEAU MINING
CORPORATION, PREMIER ELKHORN COAL
COMPANY, QUARTO MINING COMPANY, RAG
CUMBERLAND RESOURCES, L.P. N/K/A
CUMBERLAND COAL RESOURCES, L.P., RAG
EMERALD RESOURCES, L.P., N/K/A EMERALD
COAL RESOURCES, L.P., RIVERSIDE ENERGY,
INC. N/K/A AMCI HOLDINGS, INC., SHIPYARD
RIVER COAL TERMINAL COMPANY, TERRY
EAGLE L.P., UNITED STATES STEEL MINING

COMPANY LLC, USIBELLI COAL MINE, INC.,
VIRGINIA CREWS COAL COMPANY, AND WEST
RIDGE RESOURCES, INC.,
*Plaintiffs-Appellants,*

AND

POWDER RIVER COAL COMPANY, PEABODY
HOLDING COMPANY, INC., MID-VOL LEASING,
INC., AND TWENTYMILE COAL COMPANY,

*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2012-5090, -5091, -5092, -5093, -5094, -5095

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 09-CV-734, 09-CV-770, 05-CV-1284, 07-CV-266, 05-CV-929 and 05-CV-1211, Senior Judge Bohdan A. Futey.

---

CLINCHFIELD COAL COMPANY, ELKAY MINING
COMPANY, HEARTLAND COAL COMPANY,
HOLSTON MINING COMPANY, MEADOW RIVER
COAL COMPANY, MOTIVATION COAL COMPANY,
PARAMONT COAL CORPORATION, PYXIS
RESOURCES CORPORATION, RANGER FUEL
CORPORATION, AND SEA "B" MINING COMPANY,
*Plaintiffs-Appellants,*

v.

UNITED STATES,

ARACOMA COAL COMPANY V. US                                    4

*Defendant-Appellee.*

_____

2012-5121

_____

Appeal from the United States Court of Federal Claims in case no. 02-CV-069, Judge Lynn J. Bush.

_____

**MINGO LOGAN COAL COMPANY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

_____

2012-5133

_____

Appeal from the United States Court of Federal Claims in case no. 00-CV-0761, Judge Francis M. Allegra.

_____

**RED RIVER COAL COMPANY, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

_____

2012-5134

_____

5                                    ARACOMA COAL COMPANY V. US

Appeal from the United States Court of Federal Claims in case no. 01-CV-0441, Judge George W. Miller.

---

## ON MOTION

---

## ORDER

Upon consideration of the unopposed motion to consolidate appeal 2012-5090 et al. with appeals 2012-5121, 2012-5133 and 2012-5134, to set the briefing schedule, and the motion for an extension of time to file the opening brief,

IT IS ORDERED THAT:

(1) The motions are granted. Appellants' opening brief is due no later than October 26, 2012.

(2) The revised official caption is reflected above.

FOR THE COURT

SEP 26 2012                           /s/ Jan Horbaly
       Date                           Jan Horbaly
                                      Clerk

cc:  Steven H. Becker, Esq.
     Lindsay Minnis, Esq.
     Tara K. Hogan, Esq.             FILED
     Robert M. Rolfe, Esq.           U.S. COURT OF APPEALS FOR
     John Y. Merrell, Jr., Esq.        THE FEDERAL CIRCUIT
s26                                  SEP 26 2012
                                     JAN HORBALY
                                     CLERK